Stephen E. HAUSKNECT, Petitioner,

v.

KENNECOTT CORPORATION and
Industrial Commission of
Utah, Respondents.

Nos. 940504, 930768–CA, 92–0393.

Supreme Court of Utah.

May 29, 1996.

## ORDER

This matter is dismissed on the court's own motion, as certiorari was improvidently granted.

/s/ Michael D. Zimmerman
Michael D. Zimmerman
Justice
For the Court